UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                    Case No.  07-cr-227-01-SM

<u>Sylvia Casto</u>

<u>O R D E R</u>

Defendant Casto's motion to continue the final pretrial conference and trial is granted (document 10).  Trial has been rescheduled for the June 2008 trial period.  Defendant Casto shall file a waiver of speedy trial rights not later than February 11, 2008.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   May 22, 2008 at 11:30 a.m.

**Jury Selection**:  June 3, 2008  at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

January 28, 2008

cc: Bjorn Lange, Esq.
William Morse, AUSA
US Probation
US Marshal