**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                          Civil No. 07-CR-227-SM

<u>Sylvia Casto</u>

**O R D E R**

Even with a third party custodian, defendant is not entitled to bail. Defendant's unborn child and defendant are at severe risk of endangerment by her cocaine habit. The motion is denied.

    **SO ORDERED.**

                                                _/s/ James R. Muirhead_
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: January 31, 2008

cc:  Bjorn R. Lange, Esq.
      William E. Morse, Esq.